
# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR612-011 |
| | ) | |
| LEQUITOR HOPKINS | ) | |

## ORDER

Defendant Lequitor Hopkins has moved to reopen the detention hearing based on new, previously unknown information -- that her aunt is willing to post a bond secured by real property worth approximately $60,000. After further consideration of the detention issue, the Court concludes that the new information does not have a material bearing on whether there are conditions of release that will reasonably assure her appearance for further proceedings. Defendant was on supervised release for a 2002 drug conviction in this Court at the time of the offenses charged in the instant indictment. While the proposed property bond is an additional fact in her favor, the Court remains unpersuaded that a bond in this amount is adequate given defendant's utter disregard for her prior obligations as a releasee and the near certainty of her

conviction and lengthy prison sentence in the pending case. Her motion is **DENIED**.

**SO ORDERED** this 12th day of October, 2012.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA